IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOULE,<br><br>Defendant. | Case No. 3:22-cr-00055<br><br>**UNITED STATES'**<br>**SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  December 1, 2023

                                        MAC SCHNEIDER
                                        United States Attorney

By:  /s/ *Dawn M. Deitz*
      DAWN M. DEITZ
      Assistant United States Attorney
      ND Bar ID 06534
      655 First Avenue North, Suite 250
      Fargo, ND  58102-4932
      (701) 297-7400
      dawn.deitz@usdoj.gov
      Attorney for United States